UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――x
ALVIN SUAREZ, on behalf of herself and all
Others similarly situated,

                  Plaintiffs,

   -against-

IN YOUR FACE SKINCARE, LLC,

                  Defendant.
―――――――――――――――――――――――x

Civil Action No. 1:24-cv-4344

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Alvin Suarez, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

Dated: September 6, 2024

By: _____*Gabriel Levy*_____

Gabriel A. Levy, Esq.
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

SO ORDERED.

_____
DALE E. HO
United States District Judge
Dated: November 2, 2024
New York, New York